# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| EDWIN MARCIAL, ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> DIANA WARNER, LLC and DIANA ) <br> WARNER BUNDY, ) <br> ) <br> *Defendants*. ) <br> ) | Case No. 3:20-cv-471 <br><br> Judge Travis R. McDonough <br><br> Magistrate Judge Debra C. Poplin |

**ORDER**

On July 13, 2021, Magistrate Judge Debra C. Poplin filed her report and recommendation (Doc. 30) pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b). Magistrate Judge Poplin recommends that the Court: (1) grant in part and deny in part Plaintiff's motions for default judgment; (2) adjudge Defendants as having breached the parties' oral contract; and (3) enter default judgment in Plaintiff's favor in the amount of $347,248.87. (*See* Doc. 30, at 11.) No party objected to Magistrate Judge Poplin's recommendation.[1] Nevertheless, the Court has conducted a review of the report and recommendation, as well as the record, and it agrees with Magistrate Judge Poplin's well-reasoned conclusions.

Accordingly, the Court **ACCEPTS** and **ADOPTS** Magistrate Judge Poplin's report and recommendation (Doc. 30). Plaintiff's motions for default judgment (Docs. 23, 24) are

---

[1] Magistrate Judge Poplin specifically advised the parties that they had fourteen days in which to object to the report and recommendation and that failure to do so would waive any right to appeal. (Doc. 30, at 11 n.6); *see aso* Fed. R. Civ. P. 72(b)(2); *Thomas v. Arn*, 474 U.S. 140, 148–51 (1985) (noting that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings").

**GRANTED IN PART** and **DENIED IN PART**. Defendants are **ADJUDGED** to have breached their oral contract with Plaintiff. Plaintiff is **AWARDED** damages against Defendants in the amount of $347,248.87. Plaintiff is **AWARDED** post-judgment interest.

**AN APPROPRIATE JUDGMENT WILL ENTER.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**